IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEON BROWN<br>also known as<br>Terry Smith,<br><br>   Defendant. | CRIMINAL FILE NO.<br>1:09-CR-484-TWT |

ORDER

This is a criminal case. It is before the Court on the Report and Recommendation [Doc. 62] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Evidence and Statements [Doc. 28]. In the Objections to the Report and Recommendation, counsel for the Defendant incorporates by reference her arguments in the briefing on the Motion to Suppress. No useful purpose would be served in repeating the factual background and legal conclusions set forth in the thorough and well reasoned Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Evidence and Statements [Doc. 28] is DENIED.

SO ORDERED, this 31 day of January, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge